# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **ED CV 19-1360-JFW(SHKx)**                              Date:  November 7, 2019

Title:   Ray Straughter, et al. -v- Concord Music, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   Shannon Reilly                                None Present
   Courtroom Deputy                              Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                              None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER TO SHOW CAUSE RE: SANCTIONS**

   In the Declaration of Christopher Chapin Re: Meet and Confer Pursuant to Local Rule 7-3, filed November 7, 2019 [Docket No. 34-2], counsel for Defendants Concord Music Group, Inc., dba Fantasy Records and dba Prestige Records, and Universal Commercial Services, Inc. represents that Plaintiffs failed to participate in the required conference pursuant to Local Rule 7-3 and the Court's Standing Order.  Accordingly, Plaintiffs are ordered to show cause, in writing, by November 18, 2019 why the Court should not impose sanctions in the amount of $500 against Plaintiffs and/or dismiss this action for Plaintiffs' failure to comply with the Court's Standing Order and the Local Rules.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.


   IT IS SO ORDERED.