JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST STRAUGHTER, JAMAL STRAUGHTER, RAY STRAUGHTER, & ERNRAY MUSIC,<br><br>Plaintiffs,<br><br>vs.<br><br>CONCORD MUSIC GROUP, INC.; FANTASY RECORDS, PRESTIGE RECORDS BPG RECORDS, ACE RECORDS, CYPRESS HILL, SENEN REYES, LAWRENCE MUGGERUD, LEWIS FREESE, RUFFHOUSE RECORDS, COLUMBIA RECORDS, SONY MUSIC ENTERTAINMENT, UMG PUBLISHING, INC., BMG PUBLISHING, INC., LEGACY RECORDS, MCA PUBLISHING, INC., & UMG COMMERCIAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:19-cv-01360-JFW-SHKx<br><br>Hon. John F. Walter<br><br>**Final Judgment** |

1  **WHEREAS**, on October 13, 2020, this Court **GRANTED** the Motion for Summary Judgment of defendants Sony Music Entertainment, including its divisions Columbia Records and Legacy Recordings, erroneously sued as Sony Music Entertainment, Inc., Columbia Records, and Legacy Records; Universal Music Corp., erroneously sued as UMG Publishing, Inc. and MCA Publishing, Inc., and Universal Music – MGB NA LLC, erroneously sued as BMG Publishing, Inc.; Cypress Hill, Senen Reyes, Lawrence Muggerud, and Louis Freese (erroneously sued as "Lewis Freese") (the "Moving Defendants") against Plaintiffs Ray Straughter, Ernest Straughter, and Jamal Straughter ("Plaintiffs") [Dkt. No. 209], and

**WHEREAS,** on October 13, 2020, this Court **GRANTED** the Motion For Partial Summary Judgment by Defendant Concord Music Group, Inc., dba Fantasy Records and dba Prestige Records, and UMG Commercial Services, Inc. (the "Concord Defendants") against Plaintiffs on their claims to ownership interests in the sound recordings titled "The Beautiful and Omnipresent Love" and "People Moving," [Dkt. No. 210] and

**WHEREAS,** on January 8, 2021, this Court **GRANTED** the Motion For Summary Judgment by Defendant Concord Music Group, Inc/, dba Fantasy Records and dba Prestige Records against Plaintiffs on their claims of copyright infringement and ordered that any remaining Defendants and any remaining claims be **DISMISSED**, [Dkt. No. 286]

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Sony Music Entertainment, including its divisions Columbia Records and Legacy Recordings, erroneously sued as Sony Music Entertainment, Inc., Columbia Records, and Legacy Records; Universal Music Corp., erroneously sued as UMG Publishing, Inc. and MCA Publishing, Inc., and Universal Music – MGB NA LLC, erroneously sued as BMG Publishing, Inc.; Cypress Hill, Senen Reyes, Lawrence Muggerud, and Louis Freese (erroneously sued as "Lewis Freese"), Concord Music Group, Inc., dba Fantasy Records and dba Prestige Records,

1  and UMG Commercial Services, Inc. as to all the claims in the Second Amended
2  Complaint, which are hereby dismissed.

3  **IT IS SO ORDERED.**

5  DATED: January 14, 2021

6  _____
   The Honorable John F. Walter
7  United States District Court Judge